PROB 12C
(6/16)

Report Date: March 9, 2023

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kayli Noel Hamilton                Case Number: 0980 2:16CR00099-TOR-2

Address of Offender: ███████████████, Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 28, 2018

Original Offense:    Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Original Sentence:   Prison - 60 Months;         Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: Caitlin A. Baunsgard          Date Supervision Commenced: January 10, 2020

Defense Attorney:    Amy H. Rubin                  Date Supervision Expires: January 9, 2025

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/01/2023.

On January 10, 2020, Ms. Kayli Noel Hamilton signed her conditions relative to case number 2:16CR00099-TOR-2, indicating she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

3                    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

                     **Supporting Evidence**: Ms. Kayli Hamilton is alleged to have violated standard condition number 10 by having in her possession, specifically maintaining in her garage, on March 8, 2023, a total of 40 rounds of .357 magnum Winchester ammunition.

                     Specifically, on March 8, 2023, a scheduled home contact was arranged with Ms. Hamilton at her residence in Spokane. Ms. Hamilton, who was present with her husband and two minor-aged children at the time of the contact, began to show the undersigned officer their residence in its entirety, to include the garage. During a walk-through and plain view inspection of the garage, the undersigned officer observed in plain view what appeared to

Prob12C
Re: Hamilton, Kayli Noel
**March 9, 2023**
**Page 2**

be ammunition on a shelf in the corner of the garage that was not immediately accessible to the undersigned officer due to a notable amount of property that had been stored in the area. The ammunition did not have any external box, and was instead simply sitting exposed in the box's internal cardboard carrier. Upon closer inspection, the item proved to be a partial box of .357 magnum Winchester rounds. The number of rounds in the carrier totaled 40.

Upon the discovery, Ms. Hamilton contacted her husband who joined the client and the undersigned officer in the garage. Upon further questioning, both parties revealed that in January 2023, Ms. Hamilton had purchased a storage unit from ABC Mini Storage in the Spokane Valley. The parties clarified that the entire contents of the locker were unknown to them at the time of acquisition. The parties indicated that the unit they purchased was quite large, and described it as a 12 foot by 12 foot unit. Ms. Hamilton indicated that due to the significant amount of property in the unit they secured a U-Haul truck and moved the property, largely without inspection or inventory, into their residence and garage. Ms. Hamilton indicated that upon closer inspection of the acquired property, they located military paraphernalia to include uniforms, miscellaneous rifle parts and some ammunition. Ms. Hamilton indicated that she could provide receipts for the unit purchase and U-Haul truck rental if it was needed in furtherance of their claim, and the parties did show this officer two debit entries occurring from their financial account for these purchases that did reflect as charged by ABC Mini Storage and U-Haul.

Both parties indicated that upon discovery, and due to their history, they immediately took steps to have the described items removed from their residence. The client's husband specifically accepted accountability for the ammunition being present in the garage, indicating that removing the ammunition and firearm parts from their residence was his responsibility, and he thought that he had located and removed all of it. The client's husband indicated he would be willing to sign a document indicating his acceptance of the property if that would be of benefit.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 9, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Hamilton, Kayli Noel
March 9, 2023
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

March 10, 2023
Date